**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Barker, ) | No. CV-07-554-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Hertz Corp., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Lawrence O. Anderson, Magistrate Judge of the United States District for the District of Arizona, hereby:

**GRANT** the application for leave to proceed *in forma pauperis*, without prepayment of costs or fees or the necessity of giving security therefore. Service by waiver or of the summons and complaint shall be at government expense on the defendants by the U.S. Marshal or his authorized representative.

The Clerk shall forthwith notify the Plaintiff of the entry of this Order.

DATED this 19th day of March, 2007.

Lawrence O. Anderson
United States Magistrate Judge